

# EMPLOYEE HANDBOOK

EXHIBIT 1

### SOCIAL SECURITY
During your employment, you and Winking Lizard, Inc. both contribute to the Federal Government to support the Social Security program. This program is intended to provide you with monthly checks and medical insurance coverage once you reach retirement age.

### TIP CREDIT
Notice to tipped employees participating in an employer-required tip pool: The U.S. Department of Labor recently amended its tip credit notice regulations, effective May 5, 2011, to require employers to inform tipped employees of certain tip credit information. This information is provided in accordance with Section 203 (m) of the Fair Labor Standards Act. We are informing you of the following as a result of this new requirement:
- The amount of cash wage to be paid to you per hour will be $4.05.
- Assuming you have received a sufficient amount of tips to cover the tip credit, the amount of your tips per hour to be credited as wages will be $4.05.
- You have the right to retain all the tips you receive, except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips. Your required tip-pool contribution or percentage is determined by your store location. The tip credit being taken is only on the amount you actually receive and your tips will otherwise not be retained except for your contribution to the tip pool.
- The tip credit shall not apply unless you have been informed of these requirements.

### TIPS
The federal government requires all team members who receive tips, whether cash or included in a charge, to include them as taxable income. As income, these tips are subject to federal income tax, social security, Medicare taxes, and may be subject to state and local income tax as well. This includes those "indirect" tips that you may receive from another employee, such as a server to a bartender. The Internal Revenue Service requires that employees declare 100% of all tips received.

### WORK SCHEDULES/REQUEST OFF PROCEDURES
The success of our restaurants depends on each of our employees to provide the outstanding service and products our customers have come to expect.

As a service based company, it is critical that all employees are flexible and prepared to adjust their schedules in response to seasonal or other extraordinary business needs such as sporting events, holidays, and social events. As needs change, management reserves the right to reassign working hours and shifts. Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week. Your manager will make every effort to honor your schedule requests; however, please remember it is a request, not a guaranteed day off as the amount of allowable requests for each department is limited. To ensure fairness for all employees please follow the "Request Off" procedures detailed in the "Attendance and Punctuality" section of this Handbook.

Work schedules for employees vary throughout the restaurants. Your schedule will be posted on a weekly basis. Team members are responsible for knowing their schedule.

In most cases, the schedule will be posted before close on Wednesday for the following week. If you cannot work a scheduled shift, or if you are trying to pick up a shift, you must have all changes approved by a manager. The employee accepting the shift must "accept" the change in HotSchedules, as well as have approval from a manager. If you sub into a shift, the shift becomes your responsibility.

**EXHIBIT 1**

**EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM**

The Employee Handbook describes important information about the Winking Lizard Tavern and I understand that I should consult my General Manager regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Winking Lizard, Inc. voluntarily and acknowledge that there is no specified length of employment. Accordingly, either Winking Lizard, Inc. or I can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described in the Handbook are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except to the status of employment at will, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of Winking Lizard, Inc. has the ability to adopt any revisions to the policies in the Employee Handbook.

Furthermore, I acknowledge that the Employee Handbook is neither a contract of employment nor a legal document. I have been given a copy of the Employee Handbook to review, and I understand that the Employee Handbook is available on the Winking Lizard Employee Intranet, which can be accessed from the Winking Lizard website (www.winkinglizard.com), and upon my request I may obtain a hard copy from a manager at any time. I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. If I choose to terminate my employment with the Winking Lizard, Inc., I acknowledge that I must return any Winking Lizard, Inc. property, which includes any copies of the Winking Lizard Employee Handbook, to Winking Lizard, Inc.

_[signed]_
Employee Signature

Date: 7/7/15

Tyrone Kenner
Employee Name (printed)

_[signed]_
Supervisor Signature

Date: 7/7/15

Mike Russo
Supervisor Name (printed)

PLACE THIS DOCUMENT IN THE EMPLOYEE FILE          Revised 2.2015

**EXHIBIT 1**

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook describes important information about the Winking Lizard Tavern and I understand that I should consult my General Manager regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Winking Lizard, Inc. voluntarily and acknowledge that there is no specified length of employment. Accordingly, either Winking Lizard, Inc. or I can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described in the Handbook are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except to the status of employment at will, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of Winking Lizard, Inc. has the ability to adopt any revisions to the policies in the Employee Handbook.

Furthermore, I acknowledge that the Employee Handbook is neither a contract of employment nor a legal document. I have been given a copy of the Employee Handbook to review, and I understand that the Employee Handbook is available on the Winking Lizard Employee Intranet, which can be accessed from the Winking Lizard website (www.winkinglizard.com), and upon my request I may obtain a hard copy from a manager at any time. I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. If I choose to terminate my employment with the Winking Lizard, Inc., I acknowledge that I must return any Winking Lizard, Inc. property, which includes any copies of the Winking Lizard Employee Handbook, to Winking Lizard, Inc.

_____     4-24-14
Employee Signature                                  Date

_Victoria Cooper_
Employee Name (printed)

_____     4/24/14
Supervisor Signature                                Date

_Steve Shake_
Supervisor Name (printed)

| PLACE THIS DOCUMENT IN THE EMPLOYEE FILE | Revised 3.2013 |

EXHIBIT 1

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook describes important information about the Winking Lizard Tavern and I understand that I should consult my General Manager regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Winking Lizard, Inc. voluntarily and acknowledge that there is no specified length of employment. Accordingly, either Winking Lizard, Inc. or I can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described in the Handbook are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except to the status of employment at will, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of Winking Lizard, Inc. has the ability to adopt any revisions to the policies in the Employee Handbook.

Furthermore, I acknowledge that the Employee Handbook is neither a contract of employment nor a legal document. I have been given a copy of the Employee Handbook to review, and I understand that the Employee Handbook is available on the Winking Lizard Employee Intranet, which can be accessed from the Winking Lizard website (www.winkinglizard.com), and upon my request I may obtain a hard copy from a manager at any time. I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. If I choose to terminate my employment with the Winking Lizard, Inc., I acknowledge that I must return any Winking Lizard, Inc. property, which includes any copies of the Winking Lizard Employee Handbook, to Winking Lizard, Inc.

_____  5-23-13
Employee Signature                Date

Christopher M Sanford
Employee Name (printed)

_____  6-23-13
Supervisor Signature              Date

Ada P Wk
Supervisor Name (printed)

| PLACE THIS DOCUMENT IN THE EMPLOYEE FILE | Revised 3.2013 |

**EXHIBIT 1**

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook describes important information about the Winking Lizard Tavern and I understand that I should consult my General Manager regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Winking Lizard, Inc. voluntarily and acknowledge that there is no specified length of employment. Accordingly, either Winking Lizard, Inc. or I can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described in the Handbook are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except to the status of employment at will, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of Winking Lizard, Inc. has the ability to adopt any revisions to the policies in the Employee Handbook.

Furthermore, I acknowledge that the Employee Handbook is neither a contract of employment nor a legal document. I have been given a copy of the Employee Handbook to review, and I understand that the Employee Handbook is available on the Winking Lizard Employee Intranet, which can be accessed from the Winking Lizard website (www.winkinglizard.com), and upon my request I may obtain a hard copy from a manager at any time. I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. If I choose to terminate my employment with the Winking Lizard, Inc., I acknowledge that I must return any Winking Lizard, Inc. property, which includes any copies of the Winking Lizard Employee Handbook, to Winking Lizard, Inc.

_Taylor Paior_  11-13-13
Employee Signature                              Date

_Taylor Paior_
Employee Name (printed)

_[signature]_  11/13/13
Supervisor Signature                            Date

_[signature]_
Supervisor Name (printed)

| PLACE THIS DOCUMENT IN THE EMPLOYEE FILE | Revised 3.2013 |

EXHIBIT 1

 

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook describes important information about the Winking Lizard Tavern and I understand that I should consult my General Manager regarding any questions not answered in the Employee Handbook. I have entered into my employment relationship with Winking Lizard, Inc. voluntarily and acknowledge that there is no specified length of employment. Accordingly, either Winking Lizard, Inc. or I can terminate the relationship at will, with or without cause, at any time.

Since the information, policies, and benefits described in the Handbook are necessarily subject to change, I acknowledge that revisions to the Employee Handbook may occur, except to the status of employment at will, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of Winking Lizard, Inc. has the ability to adopt any revisions to the policies in the Employee Handbook.

Furthermore, I acknowledge that the Employee Handbook is neither a contract of employment nor a legal document. I have been given a copy of the Employee Handbook to review, and I understand that the Employee Handbook is available on the Winking Lizard Employee Payroll Portal/Ultipro, which can be accessed from the Winking Lizard website (www.winkinglizard.com), and upon my request I may obtain a hard copy from a manager at any time. I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. If I choose to terminate my employment with the Winking Lizard, Inc., I acknowledge that I must return any Winking Lizard, Inc. property, which includes any copies of the Winking Lizard Employee Handbook, to Winking Lizard, Inc.

_[signature]_     10-21-15
Employee Signature     Date

Tyler Page
Employee Name (printed)

_[signature]_
Supervisor Signature     Date

A. Everett
Supervisor Name (printed)

| PLACE THIS DOCUMENT IN THE EMPLOYEE FILE | Revised 2.2015 |

**EXHIBIT 1**