# Exhibit B

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 15-0002 |
| **Post Date** | 5/27/2015 |
| **Title** | Server |
| **City** | Bedford Hts. |
| **State** | OH |
| **Description** | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.    **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.    **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

### III.   Compliance to Winking Lizard standards, systems, procedures, and policies

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

# Job Details

| | |
|---|---|
| **Requisition Number** | 14-0051 |
| **Post Date** | 8/13/2014 |
| **Title** | Server |
| **City** | Beachwood |
| **State** | OH |
| **Description** | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.     **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.    **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.  Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>





| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0045 |
| **Post Date** | 8/13/2014 |
| **Title** | Server |
| **City** | Worthington |
| **State** | OH |
| **Description** | |

| Job Title: | Server | **Department:** | Department of Guest Satisfaction |
|---|---|---|---|
| Reports To: | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.    Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

**II.    Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.  Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | **14-0061** |
| **Post Date** | **8/14/2014** |
| **Title** | **Server** |
| **City** | **Macedonia** |
| **State** | **OH** |
| **Description** | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.    **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.    **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.   Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |
|------|------------------|------------------|-------------------|------------------------------|

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0065 |
| **Post Date** | 8/18/2014 |
| **Title** | Server |
| **City** | Avon |
| **State** | OH |
| **Description** | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.  **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.  **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.    Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0071 |
| **Post Date** | 8/19/2014 |
| **Title** | Server |
| **City** | Grandview Heights |
| **State** | OH |
| **Description** | |

| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
|---|---|---|---|
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.    Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

**II.    Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.  Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0094 |
| **Post Date** | 8/25/2014 |
| **Title** | Server |
| **City** | Cleveland Heights |
| **State** | OH |
| **Description** | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.     **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.    **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

### III.   Compliance to Winking Lizard standards, systems, procedures, and policies

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| Requisition Number | 14-0109 |
| Post Date | 9/4/2014 |
| Title | Server |
| City | Lakewood |
| State | OH |
| Description | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.   Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

**II.   Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items. Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

### III. Compliance to Winking Lizard standards, systems, procedures, and policies

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures. Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant. Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

### GENERAL WORKING CONDITIONS
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

### ADDITIONAL REQUIREMENTS
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |
|------|------------------|------------------|-------------------|------------------------------|

## Job Details

| | |
|---|---|
| Requisition Number | 14-0111 |
| Post Date | 9/22/2014 |
| Title | Server |
| City | Bedford Heights |
| State | OH |
| Description | |

| Job Title: | Server | Department: | Department of Guest Satisfaction |
|---|---|---|---|
| Reports To: | Restaurant Management Team | FLSA: | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.  **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.  **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items. Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

III.   **Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures. Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant. Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |
|------|------------------|------------------|-------------------|----------------------------|

## Job Details

| | |
|--|--|
| **Requisition Number** | 14-0141 |
| **Post Date** | 10/1/2014 |
| **Title** | Server |
| **City** | Bethel Rd |
| **State** | OH |
| **Description** | |

| | | | |
|--|--|--|--|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.  **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.  **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.   Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| Requisition Number | 14-0154 |
| Post Date | 10/9/2014 |
| Title | Server |
| City | Cleveland Heights |
| State | OH |
| Description | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.   **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.   **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.  Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |
|------|------------------|------------------|-------------------|------------------------------|

## Job Details

| | |
|---|---|
| Requisition Number | 14-0152 |
| Post Date | 10/12/2014 |
| Title | Server |
| City | North Canton |
| State | OH |
| Description | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.   **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.   **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

**III.   Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

<u>Apply Online</u>
<u>Send This Job to a Friend</u>





| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| Requisition Number | 14-0153 |
| Post Date | 10/13/2014 |
| Title | Server |
| City | Cleveland Heights |
| State | OH |
| Description | |

| | | | |
|---|---|---|---|
| **Job Title:** | Server | **Department:** | Department of Guest Satisfaction |
| **Reports To:** | Restaurant Management Team | **FLSA:** | Non-Exempt |

**Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.    **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting.

Smiles and displays a positive attitude and is attentive to guests' needs.

Teams up with other servers when taking large parties.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Follows up with all guest requests ranging from beverage refills to TV channel changes.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

Helps maintain "great atmosphere" by immediately informing a manager when a TV has a black screen or when a game ends.

Assists team members as needed.

II.    **Server shift responsibilities**

Places beverage napkins in front of guests at greeting.

Writes down all guest orders and correctly rings them in Aloha.

Delivers drinks to the table within 3 minutes after greeting guests.

Prepares and delivers soups and/or salads within 4 minutes after a guest orders.

Checks back with each table within 2 minutes after food is delivered to ensure guest satisfaction.

Prepares and delivers desserts within 6 minutes after being ordered.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Presents all food items by name when delivering food to guests.

Uses serving trays to preserve the appearance of food items.

Completes daily side work and cleaning projects.

Rolls silverware throughout the shift and informs DMOs when supply has depleted.

Requests the assistance of a manager when selling Lizardwear.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean dining room and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Assists in clearing and resetting tables and/or booths to standard within 2 minutes after the guest leaves.

Provides guests with separate checks upon request.

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program by attending shift meetings, World Tour Roll Outs, and Alcohol

Awareness Seminars, and learns drink recipes and specials.

Consistently runs food during down time.

Maintains Aloha equipment by using fingers to ring in food items.  Does not use pens, credit cards, and other miscellaneous items to ring in orders.

Properly uses chemicals when cleaning and complies with MSDS regulations.

### III.   Compliance to Winking Lizard standards, systems, procedures, and policies

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, and Employee Guidelines.

Maintains an excellent personal appearance by following Winking Lizard uniform guidelines and personal hygiene standards by being in clean uniform prior to the start of each shift.

Clocks in and out for breaks following proper break procedures.  Approves break through a manager prior to leaving assigned area.

Responsible to wear non-slip shoes for every shift.

Eats in a designated area of the restaurant.  Does not eat or drink in guests' view.

Keeps personal belongings (coats, purses, back packs, etc.) in a designated area approved by management.

Must be reliable and punctual in reporting to work as scheduled.

**Requirements**

**GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Adequate and overhead

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**
Medium strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 15-0001 |
| **Post Date** | 5/27/2015 |
| **Title** | Bartender |
| **City** | Bedford Hts. |
| **State** | OH |
| **Description** | **Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations. |

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.    Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting and places beverage napkin in front of guests.

Delivers drinks to the table within 3 minutes after greeting guests.

Ensures the delivery of soups and/or salads within 4 minutes after a guest orders.

Presents all food items by name when delivering food to guests.

Checks back with each guest within 2 minutes after food is delivered to ensure guest satisfaction.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Assures the delivery of desserts within 6 minutes after being ordered.

Smiles and displays a positive attitude and is attentive to guests' needs.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Helps maintain "great atmosphere" by ensuring there are no black TV screens.

Ensures bartender or manager presence at the bar during hours of operation.

Assists team members as needed.

**II.    Bartender shift responsibilities**

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program to include WT beer selection, drink recipes, and monthly specials.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.  Initials and dates to accept responsibility for completion.

Completes daily side work and cleaning projects.  Initials and dates to accept responsibility for completion.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean bar top and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

**III.    Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, Employee Guidelines, and Expectations of a Winking Lizard Bartender.

| **Requirements** | **GENERAL WORKING CONDITIONS** |
|---|---|
| | The characteristics described here are representative of those an employee encounters while performing the essential functions of the job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. |

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Dim lighting

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**

Heavy strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0066 |
| **Post Date** | 8/15/2014 |
| **Title** | Bartender |
| **City** | Avon |
| **State** | OH |
| **Description** | **Primary Responsibilities:** Responsible for providing a positive dining experience and ensuring guest satisfaction. Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations. |

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.    Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting and places beverage napkin in front of guests.

Delivers drinks to the table within 3 minutes after greeting guests.

Ensures the delivery of soups and/or salads within 4 minutes after a guest orders.

Presents all food items by name when delivering food to guests.

Checks back with each guest within 2 minutes after food is delivered to ensure guest satisfaction.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Assures the delivery of desserts within 6 minutes after being ordered.

Smiles and displays a positive attitude and is attentive to guests' needs.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Helps maintain "great atmosphere" by ensuring there are no black TV screens.

Ensures bartender or manager presence at the bar during hours of operation.

Assists team members as needed.

**II.    Bartender shift responsibilities**

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program to include WT beer selection, drink recipes, and monthly specials.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift. Initials and dates to accept responsibility for completion.

Completes daily side work and cleaning projects. Initials and dates to accept responsibility for completion.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean bar top and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

**III.   Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, Employee Guidelines, and Expectations of a Winking Lizard Bartender.

| | |
|---|---|
| **Requirements** | **GENERAL WORKING CONDITIONS**<br>The characteristics described here are representative of those an employee encounters while performing the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. |

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Dim lighting

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**

Heavy strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**





| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0113 |
| **Post Date** | 9/9/2014 |
| **Title** | Bartender |
| **City** | Bedford Heights |
| **State** | OH |
| **Description** | **Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations. |

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

**I.     Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting and places beverage napkin in front of guests.

Delivers drinks to the table within 3 minutes after greeting guests.

Ensures the delivery of soups and/or salads within 4 minutes after a guest orders.

Presents all food items by name when delivering food to guests.

Checks back with each guest within 2 minutes after food is delivered to ensure guest satisfaction.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Assures the delivery of desserts within 6 minutes after being ordered.

Smiles and displays a positive attitude and is attentive to guests' needs.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Helps maintain "great atmosphere" by ensuring there are no black TV screens.

Ensures bartender or manager presence at the bar during hours of operation.

Assists team members as needed.

**II.     Bartender shift responsibilities**

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program to include WT beer selection, drink recipes, and monthly specials.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.  Initials and dates to accept responsibility for completion.

Completes daily side work and cleaning projects.  Initials and dates to accept responsibility for completion.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean bar top and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

**III.    Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, Employee Guidelines, and Expectations of a Winking Lizard Bartender.

| | |
|---|---|
| **Requirements** | **GENERAL WORKING CONDITIONS**
The characteristics described here are representative of those an employee encounters while performing the essential functions of the job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. |

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Dim lighting

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**

Heavy strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**





| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |

## Job Details

| | |
|---|---|
| **Requisition Number** | 14-0134 |
| **Post Date** | 9/22/2014 |
| **Title** | Bartender |
| **City** | Cleveland Heights |
| **State** | OH |
| **Description** | **Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations. |

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.   **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting and places beverage napkin in front of guests.

Delivers drinks to the table within 3 minutes after greeting guests.

Ensures the delivery of soups and/or salads within 4 minutes after a guest orders.

Presents all food items by name when delivering food to guests.

Checks back with each guest within 2 minutes after food is delivered to ensure guest satisfaction.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Assures the delivery of desserts within 6 minutes after being ordered.

Smiles and displays a positive attitude and is attentive to guests' needs.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Helps maintain "great atmosphere" by ensuring there are no black TV screens.

Ensures bartender or manager presence at the bar during hours of operation.

Assists team members as needed.

II.   **Bartender shift responsibilities**

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program to include WT beer selection, drink recipes, and monthly specials.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.  Initials and dates to accept responsibility for completion.

Completes daily side work and cleaning projects.  Initials and dates to accept responsibility for completion.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean bar top and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

III.   **Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, Employee Guidelines, and Expectations of a Winking Lizard Bartender.

| | |
|---|---|
| **Requirements** | **GENERAL WORKING CONDITIONS**<br>The characteristics described here are representative of those an employee encounters while performing the essential functions of the job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. |

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Dim lighting

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**

Heavy strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**

  

| Home | Browse Open Jobs | Search Open Jobs | Edit Your Profile | View Submitted Applications |
| --- | --- | --- | --- | --- |

## Job Details

| | |
| --- | --- |
| Requisition Number | 14-0142 |
| Post Date | 10/1/2014 |
| Title | Bartender |
| City | Bethel Rd |
| State | OH |
| Description | **Primary Responsibilities:**  Responsible for providing a positive dining experience and ensuring guest satisfaction.  Responsible for coordinating and communicating with guests and front and back-of-house personnel to provide a dining experience that meets or exceeds guests' expectations. |

**ESSENTIAL DUTIES AND RESPONSIBILITIES**

I.   **Establishes guest satisfaction by providing a positive dining experience**

Acknowledges all new arriving parties within 2 minutes with a sincere and friendly greeting and places beverage napkin in front of guests.

Delivers drinks to the table within 3 minutes after greeting guests.

Ensures the delivery of soups and/or salads within 4 minutes after a guest orders.

Presents all food items by name when delivering food to guests.

Checks back with each guest within 2 minutes after food is delivered to ensure guest satisfaction.

Completes cash and credit card transactions within 4 minutes from the time the guest submits payment.

Assures the delivery of desserts within 6 minutes after being ordered.

Smiles and displays a positive attitude and is attentive to guests' needs.

Alerts fellow team members or a manager when a customer has not been attended to.

Identifies regular guests by name and introduces regulars to management.

Interacts verbally with guests, creating an energetic and friendly atmosphere.

Anticipates guests' needs by "reading the guest" and responds to those needs immediately.

Helps maintain "great atmosphere" by ensuring there are no black TV screens.

Ensures bartender or manager presence at the bar during hours of operation.

Assists team members as needed.

II.   **Bartender shift responsibilities**

Knowledge of daily, weekly, and monthly food specials, including dessert of the month and seasonal menu items, for every shift.

Maintains a current knowledge of the Winking Lizard beverage program to include WT beer selection, drink recipes, and monthly specials.

Sets restaurant up for success by completing opening, mid, and closing checklists for every shift.  Initials and dates to accept responsibility for completion.

Completes daily side work and cleaning projects.  Initials and dates to accept responsibility for completion.

Suggestively sells appetizers, desserts, and all weekly and monthly food and beverage specials.

Makes certain all food and beverage items for guests are rung in prior to items leaving the expo or bar area.

Maintains a clean bar top and positive guest experience by consistently pre-bussing during the shift.

Monitors ticket times throughout the shift and informs management of issues when necessary.

Monitors age requirements by asking for identification from all guests who appear under 30 years of age.

III.   **Compliance to Winking Lizard standards, systems, procedures, and policies**

Maintains the Company expectations of performance and behavior in the restaurant as established in the Employee Handbook, Training Manual, Employee Guidelines, and Expectations of a Winking Lizard Bartender.

| | |
| --- | --- |
| Requirements | **GENERAL WORKING CONDITIONS**<br>The characteristics described here are representative of those an employee encounters while performing the essential functions of the job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. |

Shift Length – Varies – 4 to 10 hour shifts

Breaks – ½ hour per shift if applicable

Flooring – Cement, tile, and hardwood floor

Lighting – Dim lighting

Miscellaneous – Subject to wet floors, temperature extremes, and loud noise

**ADDITIONAL REQUIREMENTS**

Heavy strength range

Reading, writing, and verbal communication skills

Ability to respond in emergencies to avoid imminent danger to self and others

Responsible, dependable, and flexible in scheduling

Work in harmony with guests, coworkers, and managers

Successfully complete Alcohol Awareness Certification within 6 months of hire and maintain current certification

**Apply Online**
**Send This Job to a Friend**



